JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID BEAS, an individual; M.B., a minor by and through her guardian ad litem, LUCIANA AGUILAR,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a Public Entity; DEPUTY SAMUEL ALDAMA, an individual; DEPUTY WENDY ESCALANTE, an individual; and DOE DEPUTIES 1 through 10, inclusive,<br><br>Defendants, | **Case No.: 2:24-cv-00744-DSF-PVC**<br><br>*Hon. Judge Dale S. Fischer*<br>*First Street Courthouse – Crtrm. 7D*<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Filed Date: January 29, 2024<br>FPTC Date: Vacated (Dkt. 50)<br>Trial Date: Vacated (Dkt. 50) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the Court, having considered the Joint Stipulation of the Parties, has found GOOD CAUSE, and hereby ORDERS that all claims and this entire action be **DISMISSED WITH PREJUDICE**, each party to bear their own attorney's fees and costs, and waiving any rights to appeal with respect to any issues, rulings, or orders in this action.

**IT IS SO ORDERED**.

DATED: October 1, 2026

Hon. Judge Dale S. Fischer
United States District Judge